Madison S. Spach, Jr. (SBN 94405)
Andrew D. Tsu (SBN 246265)
SPACH, CAPALDI & WAGGAMAN, LLP
4675 MacArthur Court, Suite 550
Newport Beach, California 92660
Telephone: (949) 852-0710 / Facsimile: (949) 852-0714
Email: mspach@scwlawfirm.com
       adtsu@scwlawfirm.com

Attorneys for Plaintiff Hospitality Marketing Concepts, LLC

Vito A. Costanzo (SBN 132754)
John A. Canale (SBN 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: 213.896.2400 / Facsimile: 213.896.2450
E-mail: vito.costanzo@hklaw.com
        john.canale@hklaw.com

John M. Hamrick (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
1180 West Peachtree Street, Suite 1800 NW
Atlanta, Georgia 30309
Telephone: 404.817.8500 / Facsimile: 404.881.0470
E-mail: john.hamrick@hklaw.com

Attorneys for Defendant Six Continents Hotels, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| HOSPITALITY MARKETING CONCEPTS, LLC, a California limited liability company, | Case No.: 15-cv-01791 JVS (DFMx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | **Fed. R. Civ. Proc., Rule 41(a)(2)** |
| SIX CONTINENTS HOTELS, INC., a Delaware corporation; INTERCONTINENTAL HOTELS GROUP PLC, an England and Wales public limited company; and DOES 1 through 20, inclusive, | Judge: Hon. James V. Selna<br>Courtroom: 10C |
| Defendants. | |

# ORDER

Plaintiff Hospitality Marketing Concepts, LLC and Defendant Six Continents Hotels, Inc. filed a Stipulation to Dismiss Action <u>With Prejudice</u>. Pursuant to the Stipulation to Dismiss Action <u>With Prejudice</u>, this action is dismissed in its entirety under Federal Rules of Civil Procedure, Rule 41(a)(2), **with prejudice**, with all parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: December 14, 2017

Hon. James V. Selna
United States District Court